No. 00–470. LAS VEGAS SPORTS NEWS, L. L. C., DBA LAS VEGAS SPORTING NEWS *v.* TIMES MIRROR MAGAZINE, INC.  C. A. 3d Cir.  Certiorari denied.

No. 00–479. MENDENHALL *v.* RISER, SHERIFF OF WEBSTER PARISH, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–489. NOVELLO, COMMISSIONER, NEW YORK STATE DEPARTMENT OF HEALTH, ET AL. *v.* ROBBINS, ON HER OWN BEHALF AND AS ATTORNEY-IN-FACT FOR ROBBINS; and

No. 00–651. ROBBINS, ON HER OWN BEHALF AND AS ATTORNEY-IN-FACT FOR ROBBINS *v.* NOVELLO, COMMISSIONER, NEW YORK STATE DEPARTMENT OF HEALTH, ET AL.  C. A. 2d Cir.  Certiorari denied.  Reported below: 218 F. 3d 197.

No. 00–502. JOSHUA W. ET AL. *v.* USD 259 BOARD OF EDUCATION, WICHITA PUBLIC SCHOOLS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–514. J. V. PETERS & CO. ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–522. PAPPAS TELECASTING OF SOUTHERN CALIFORNIA, L. L. C. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–524. BARFUS ET AL. *v.* CITY OF MIAMI.  C. A. 11th Cir.  Certiorari denied.

No. 00–530. BECTON DICKINSON & CO. *v.* INTERNAL REVENUE SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 00–537. FRIED *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–543. AMERICAN IMAGING SERVICES, INC. *v.* INTERGRAPH CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 00–544. KIDD *v.* DISTRICT OF COLUMBIA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–558. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OHIO HOSPITAL ASSN. ET AL.  C. A. 6th Cir.  Certiorari denied.